# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| Thomas W. Daniel, | **ORDER ADOPTING** |
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| vs. | |
| Hess Bakken Investments II, LLC, | |
| | Case No.: 4:14-cv-139 |
| Defendant. | |

Before the court is a "Stipulation for Dismissal with Prejudice" filed April 2, 2015. The court **ADOPTS** the stipulation (Docket No. 10) and **ORDERS** the above-captioned case dismissed with prejudice and without costs or fees to either party.

Dated this 3rd day of April, 2015.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court